Quinton SWANSON, Plaintiff–
Appellant,

v.

ALLSTATE INDEMNITY COMPANY,
Defendant–Appellee.

No. 11–14114
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 20, 2012.

Francis Inge Johnstone, The Law Offices of F. Inge Johnstone, Birmingham, AL, for Plaintiff–Appellant.

Thomas E. Bazemore, III, H. Lanier Brown, II, Margaret Head, Huie Fernambucq & Stewart, LLP, Birmingham, AL, Douglas R. Kendrick, Swift Currie McGhee & Hiers, LLP, Atlanta, GA, for Defendant–Appellee.

Before MARCUS, MARTIN, and HILL, Circuit Judges:

PER CURIAM:

Quinton Swanson filed this action against Allstate Indemnity Company ("Allstate"), alleging a breach of an insurance contract, bad faith, and misrepresentation in connection with Allstate's denial of coverage under its contract of insurance with Swanson. Allstate filed a motion for summary judgment, arguing that Swanson materially breached the contract by failing to notify it that the insured property had been vacant for over a year prior to its loss by fire. Allstate also argued that there was no coverage under the contract due to the contract's exclusion for vandalism or malicious mischief to a vacant house.

The district court granted summary judgment to Allstate in a thorough opinion with which we find no error. Therefore, on the basis of the opinion of Chief United States District Judge Susan Blackburn, issued on the 3rd of August, 2011, we shall affirm.

AFFIRMED.